# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HUY THAI NGUYEN,

    Petitioner,

v.

RON BARNES, Warden,

    Respondent.

Case No. SA CV 12-0384 CJC (JCG)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY**

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. Petitioner did not file formal objections to the Report and Recommendation, though he briefly addresses the Magistrate Judge's findings in his filed Certificate of Appealability. Petitioner's arguments, however, reiterate those made in the Petition and Reply, and lack merit for the reasons set forth in the Report and Recommendation.

    Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). The Court thus declines to issue a certificate of appealability.

DATED: August 13, 2012

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE